IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHIRLEY DAVIS                                                                                      PLAINTIFF

vs.                                      CASE NO. 4:05CV01471GH

UAMS, ET AL.                                                                                      DEFENDANTS

## ORDER

Pursuant to General Order 29 (A)(4), the Clerk's Office on October 12, 2005, approved plaintiff's application to proceed in forma pauperis and her complaint was filed. In accordance with that provision, the matter of plaintiff's indigency status was referred to this Court for review.

Plaintiff has failed to adequately complete the application. She does not state when she was last employed and the amount of her take home salary. She has not fully explained her response to question 2(a).

The Court finds that the application is incomplete. Plaintiff is directed to identify the source of income for the past twelve months, and the amount of that income, as well as fully respond to question 2. Plaintiff should file the supplemental application to proceed in forma pauperis which addresses the deficiencies noted above within fifteen days from the file-date of this Order. Failure to comply will result in dismissal of the complaint.

IT IS SO ORDERED this 24th day of October, 2005.

*George Howard Jr*
UNITED STATES DISTRICT JUDGE