IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHIRLEY DAVIS  PLAINTIFF

vs.  CASE NO. **4:05CV01471GH**

UAMS, ET AL.  DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered this date, judgment is entered in favor of defendants and the complaint is hereby dismissed.

IT IS SO ORDERED this 17th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE